EJK:TJS
F.#2010R01381

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

NANA BANAHENE,

                Defendant.

I N D I C T M E N T

Cr. No. _____
(T. 21, U.S.C., §§ 952(a),
960(a)(1), 960(b)(1)(A)
and 963; T. 18, U.S.C.,
§§ 2 and 3551 et seq.)

- - - - - - - - - - - - - - - - -X

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Import Heroin)

On or about and between September 1, 2009 and March 5, 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant NANA BANAHENE, together with others, did knowingly and intentionally conspire to import a controlled substance into the United States from a place outside thereof, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Section 952(a).

(Title 21, United States Code, Sections 963, 960(a)(1) and 960(b)(1)(A); Title 18, United States Code, Sections 3551 et seq.)

## COUNT TWO
(Importation of Heroin)

On or about February 20, 2010, within the Eastern District of New York and elsewhere, the defendant NANA BANAHENE, together with others, did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(A); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT THREE
(Importation of Heroin)

On or about March 5, 2010, within the Eastern District of New York and elsewhere, the defendant NANA BANAHENE, together with others, did knowingly and intentionally import a controlled substance into the United States from a place outside thereof,

3

which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(A); Title 18, United States Code, Sections 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F#2010R01381

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: **United States v. Nana Banahene**

2. Related Magistrate Docket Number(s): N/A

3. Arrest Date: N/A

4. Nature of offense(s):  ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket Nos. (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): United States v. Gomez, 10-CR-204 (SJ)

6. Projected Length of Trial:   Less than 6 weeks  (X)
   More than 6 weeks  ( )

7. County in which crime was allegedly committed:  Queens
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?     (X) Yes    ( ) No

9. Have arrest warrants been ordered?     (X) Yes    ( ) No

10. Capital count included?     ( ) Yes    (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By:  *[signature]*

Tyler J. Smith
Assistant U.S. Attorney
718-254-6186

Rev. 3/22/01